IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Corey A. Cline, | Case No. 3:14 CV 1678 |
| Plaintiff, | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| -vs- | JUDGE JACK ZOUHARY |
| Bill Cruise, *Individually and Officially as*<br>*Sergeant of North Central Correctional Institute*, | |
| Defendant. | |

This Court has reviewed the Magistrate Judge's June 8, 2016 Report and Recommendation ("R&R") (Doc. 27). The R&R recommends Defendant's Motion for Summary Judgment (Doc. 21) be granted.

Under 28 U.S.C. § 636(b)(1), a party must serve written objections to an R&R within fourteen (14) days of being served with the R&R. If a party timely objects, this Court reviews *de novo* the portions of the R&R to which objections were made. If a party does not timely object, the party waives *de novo* review by the district court. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

Cline's deadline for filing objections has passed, and this Court received no requests for extension. The R&R accurately states the facts and law. This Court adopts the R&R in full.

Defendant's Motion for Summary Judgment is granted and this case is dismissed with prejudice. Further, this Court certifies an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

                                                             s/ *Jack Zouhary*
                                                             JACK ZOUHARY
                                                             U.S. DISTRICT JUDGE

June 29, 2016